UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
Mount Vernon Fire Ins. Co.          :
                                    :
              Plaintiffs,           :     **NOTICE OF IMPENDING DISMISSAL**
                                    :     **FOR FAILURE TO PROSECUTE**
        -against-                   :     00-CV-3864 (DLI) (JMA)
                                    :
Abesol Realty Corp., et. al.,       :
                                    :
              Defendants.           :
-------------------------------------------------------x

**DORA L. IRIZARRY, U.S. District Judge:**

By letter dated September 20, 2004 directed to the Hon. I. Leo Glasser, U. S. D. J., counsel for defendant Thompson stated that defendant had moved to lift the stay in the pending state court action and proceed to trial, and that counsel would advise the court of the status of the state action.

This matter was reassigned to the undersigned on September 10, 2004. Judge Glasser is no longer assigned. It is the responsibility of the parties to keep informed of this court's orders.

The court has not received any status report from any of the parties concerning either the state or federal actions. It thus appearing that no action has been taken by any party in this case since September 20, 2004, it is hereby

ORDERED that, if within twenty-one (21) days of this order, i.e. by August 15, 2005, no further proceedings have been commenced by any party or if no explanation for the lack of proceedings has been filed and approved by the Court, this case will be dismissed, without prejudice, for lack of prosecution; and it is further hereby

ORDERED that all counsel are to comply with Administrative Order 2004-08 and register for ECF. All original documents must be filed ELECTRONICALLY. Hard copy-courtesy documents clearly indicating that the original of the submitted document has already been filed electronically shall be submitted to chambers.

ORDERED that service of a copy of this Order shall be made by the Clerk of this Court by forwarding a copy hereof to all parties.

DATED:    Brooklyn, New York
          July 25, 2005

                              _____/s/_____
                                   DORA L. IRIZARRY
                                   United States District Judge